IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BEACON POWER, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 5:15-cv-00020-FB |
| vs. § | |
| § | **Jury Trial Demanded** |
| SOLAREDGE TECHNOLOGIES, INC., and § | |
| IMAGINESOLAR LLC (doing business as § | |
| IMAGINESOLAR), § | |
| § | |
| Defendants. § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Defendant ImagineSolar LLC (doing business as ImagineSolar) hereby files this Unopposed 30-day Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint for Patent Infringement and states as follows:

1. Plaintiff filed the Complaint in the above captioned matter on January 9, 2015 (Dkt. 1).

2. The current date to answer or otherwise respond to the Complaint is March 5, 2015.

3. This brief extension will not prejudice any party, nor will it unduly delay these proceedings.

4. The new due date to answer or otherwise respond to the Complaint would be April 4, 2015.

5. Plaintiff, through its counsel, agrees to this extension of time.

                      Respectfully submitted

Dated: March 3, 2015        */s/ Steven R. Daniels*
                      Steven R. Daniels, Texas Bar No. 24025318
                      FARNEY DANIELS PC
                      800 South Austin Avenue, Suite 200
                      Georgetown, Texas 78626
                      Telephone: (512) 582-2828
                      Facsimile: (512) 582-2829
                      Email: sdaniels@farneydaniels.com

                      *Attorneys for Defendant*
                      *ImagineSolar LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant, ImagineSolar LLC conferred with Plaintiff's counsel, and Plaintiff agrees to this motion.

Dated: March 3, 2015

                      */s/ Steven R. Daniels*
                      Steven R. Daniels

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served March 3, 2015, with a copy of this document via the Court's CM/ECF system.

                      */s/ Steven R. Daniels*
                      Steven R. Daniels